26 F.3d 121
 BPHC Acquisition, Inc., BPHC Parking Corp.
v.
Trump (Donald J.), Trump Plaza Associates, Boardwalk
Properties, Inc., Penthouse International, Ltd., Guccione
(Robert C.); Boardwalk Properties, Inc., Penthouse
International, Ltd., Guccione (Robert C.) v. Estate of
Betchen (David), Estate of Betchen (Rose), Estate of Fishman
(Ruth, Albert), Estate of Jenoff (Martin, Betty), Off Shore
Petroleum, Betchen's Ford Repair Shop, Betchen's Auto
Service, Betchen's
 NO. 93-5510
 United States Court of Appeals,
Third Circuit.
 Apr 20, 1994
 
 Appeal From: D.N.J.,
 Brown, J.
 
 
 1
 AFFIRMED.